UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEPHEN P FAHEY**,

   Plaintiff,

**v.**                                 No. 4:25-cv-01394-P

**TAYLOR BANG ET AL.**,

   Defendants.

## ORDER

Before the Court is Plaintiff Steve Fahey, in his capacity as the Court-appointed Receiver for Agridime, LLC's ("Receiver") Unopposed Motion to Extend Response Deadline for Defendant Justin Williams to Respond to the Receiver's Complaint. ECF No. 26. The Court hereby **ORDERS** that the Motion is **GRANTED**.

Therefore, it is **ORDERED** that Defendant Justin Williams' deadline to respond to the Receiver's Complaint up to and including March 17, 2026.

**SO ORDERED** on this **18th day of February 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE