UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

STEPHEN P. FAHEY, AS RECEIVER FOR
AGRIDIME, LLC,

    Plaintiff,

v.                                                              No. 4:25-CV-01394-P

TAYLOR BANG ET AL.,

    Defendants.

### ORDER

Before the Court is Plaintiff Stephen P. Fahey, in his capacity as Court-appointed Receiver for Agridime, LLC's ("Plaintiff") Unopposed Motion for Leave to file Answer to Defendant Reid Schatzman's Counterclaims ("Motion"). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, the Clerk of Court is **INSTRUCTED** to file Plaintiff's Answer to Defendant Reid Schatzman's Counterclaims, attached to the Motion as **Exhibit A**, as a separate docket entry.

**SO ORDERED** on this **26th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE