UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STEPHEN P. FAHEY, AS RECEIVER FOR AGRIDIME, LLC,**

Plaintiff,

v. **No. 4:25-cv-01394-P**

**TAYLOR BANG, ET AL.,**

Defendants.

## ORDER & AGREED JUDGMENT

Before the Court is Plaintiff Stephen P. Fahey ("Receiver") and Defendant Reid Schatzman's ("Schatzman") Joint Motion for Entry of Agreed Judgment ("Motion"). ECF No. 49. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is **ORDERED, ADJUDGED, AND DECREED** that Receiver shall have and recover from Schatzman, the total amount of $350,000.00;

It is further **ORDERED, ADJUDGED, AND DECREED** that post-judgment interest shall accrue on the entire Agreed Judgment at the rate of 8.25% per annum compounded annually from date of this Agreed Judgment until paid in full;

It is further **ORDERED, ADJUDGED, AND DECREED** that Receiver's claims and Schatzman's counterclaims are dismissed with prejudice; and

This Agreed Judgment does not dispose of any other claims or parties in this matter.

**SO ORDERED** on this **20th day** of **October 2026.**

Mark T. Pittman

Mark T. Pittman
UNITED STATES DISTRICT JUDGE